IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SFG, INC. D/B/A NEXT DOOR RESTAURANT, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIMBAL MUSK, an individual, and THE KITCHEN CAFÉ, LLC, a Colorado Limited Liability Company<br><br>Defendants. | No. 19-CV-02198<br>Plaintiff Demands Trial by Jury re Any Damage Claims |

## NOTICE OF MOTION

TO: Matthew P. Becker
Marc Scott Cooperman
Banner & Witcoff, Ltd.
71 S. Wacker Drive – Suite 3600
Chicago, IL 60606
mbecker@bannerwitcoff.com
mcooperman@bannerwitcoff.com

PLEASE TAKE NOTICE that on Wednesday, April 17, 2019 we shall appear before the Honorable Andrea R. Wood in courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 and then present Plaintiff's Motion for Leave to File Brief in Excess of 15 Pages, a copy of which is herewith served upon you.

_____
Attorney for Plaintiff

Robert C. Keck, Jr.
Keck Law Firm, P.C.
10 S. LaSalle – Suite 1800
Chicago, IL 60603
(312) 330-6330
kecklawfirmpc@gmail.com

Certificate of Service

The undersigned hereby certifies that he served a copy of this foregoing Notice of Motion and document referred to therein upon the addressee in the Notice this _17th_ day April, 2019.

_____